
IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **GARY ROBINSON,** | : | |
| **Plaintiff** | : | **Civ. No. 1:15-cv-1610** |
| | : | |
| v. | : | |
| | : | |
| **SCI CAMP HILL MEDICAL DEPARTMENT, et al.,** | : | **Judge Sylvia H. Rambo** |
| | : | **Magistrate Judge Carlson** |
| **Defendants** | : | |

## O R D E R

In accordance with the accompanying memorandum, **IT IS HEREBY ORDERED** that:

1) The court adopts the report and recommendation of Magistrate Judge Carlson (Doc. 5);

2) Plaintiff is granted leave to proceed *in forma pauperis*;

3) The complaint is **DISMISSED WITHOUT PREJUDICE** for failure to state a claim upon which relief can be granted;

4) Plaintiff is granted leave to amend his complaint in accordance with this order and the accompanying report and recommendation within 20 days of this order;

5) Any amended complaint shall be complete in and of itself;

6) This matter is remanded to the magistrate judge for any further proceedings.

                                                            s/Sylvia H. Rambo
                                                           United States District Judge

Dated: November 12, 2015