IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **GARY ROBINSON, SR.,**     **Plaintiff** | **Civ. No. 1:15-cv-1610** |
| v. | **Judge Rambo** |
| **S.C.I. CAMPHILL'S MEDICAL DEPARTMENT,** *et al.*,     **Defendants** | **Magistrate Judge Carlson** |

## **O R D E R**

**AND NOW**, this 4th day of May, 2016, **IT IS HEREBY ORDERED AS FOLLOWS**:

1) The report and recommendation is **ADOPTED**.

2) The complaint is **DISMISSED WITH PREJUDICE** as frivolous for failure to state a claim.

3) The clerk of court is directed to close the file.

4) Any appeal from this order is deemed frivolous and not taken in good faith.

                                                       s/Sylvia H. Rambo
                                                       United States District Judge